Gary Fizer #T786368
Name and Prisoner/Booking Number

Lower Buckeye Jail T32B22
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌─────────────────────────────┐
│ _ FILED      _ LODGED       │
│ _ RECEIVED   _ COPY         │
│                             │
│      JAN 2 5 2023           │
│                             │
│  CLERK U S DISTRICT COURT   │
│    DISTRICT OF ARIZONA      │
│  BY              DEPUTY     │
└─────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Gary Fizer
(Full Name of Plaintiff)

Plaintiff,

v.

(1) David Shinn  Director of Arizona Dept. correction
(Full Name of Defendant)

(2) Sheriff Parzone  Sheriff of Maricopa County

(3) _____

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-00170-PHX-JJT--CDB**

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983.
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: Lower Buckeye Jail / Phoenix

3.

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _David Shinn_.  The first Defendant is employed as: _DIRECTOR_ at _ARIZONA STATE PRISONS_
    (Position and Title)                              (Institution)

2.  Name of second Defendant: _Sheriff Parzone_.  The second Defendant is employed as: _sheriff of Maricopa County_ at _Maricopa County Jail (LBJ)_
    (Position and Title)                              (Institution)

3.  Name of third Defendant: _____.  The third Defendant is employed as: _____ at _____
    (Position and Title)                              (Institution)

4.  Name of fourth Defendant: _____.  The fourth Defendant is employed as: _____ at _____
    (Position and Title)                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2.  If yes, how many lawsuits have you filed?_____.  Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties:_____ v. _____
        2.  Court and case number:_____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

    b.  Second prior lawsuit:
        1.  Parties:_____ v. _____
        2.  Court and case number:_____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

    c.  Third prior lawsuit:
        1.  Parties:_____ v. _____
        2.  Court and case number:_____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8th Amendment cruel unusual 6th Amendment Due Process, 14th Amendment Equal protection punishment

2. **Count I.** Identify the issue involved. **Check only one.** State additional issues in separate counts.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☒ Other: unlawful Imprisonment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I was sentence to 8 years in the Arizona Department of Corrections. On June 22, 2021, I was release from prison on parole. On April 28, 2022 I got violated by Not reporting to my parole officer. Thereafter, on 6-20-2022 I was charged for an alleged crime but arrested for the Parole Violation. I posted bond on the alleged charge and was remanded in Maricopa County Jail (LBJ) Here's the issue, my violation costed me to owe D.O.C 53days from 4-28-2022 - June 20th 2022. Okay, November 20th, 2022 I maxed out on my parole but I owed the 53 days on the back end. November 20th 2022 - January 12th 2022 brings what I owe D.O.C to 53 Days but yet the D.O.C hold has Not been lifted...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Department of Corrections refuses to give me a confirmation of when my D.O.C Hold will be lifted. Therefor I loseing wages, freedom.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Could Not appeal because Arizona Department of Corrections never gave an official response to grieve or appeal...

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: 8th Amendment (cruel and unusual punishment) 6th Amendment (Due Process) and 14th Amendment (Right to equal Protection)

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer      ☐ Threat to safety      ☒ Other: _Unlawful Imprisonment_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have Notified Lower Buckeye Jail (Sims) that nay My parole has expired as of November 20th, 2022 and that I owed D.O.C 53 days
   The issue here is Maricopa County Jail refuses to Notify D.O.C. that I have posted bond on the alleged charge and that I have maxed out on my parole. The point to all this is at least give D.O.C the option to eighther release me, or come get me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Refuse to Notify Arizona Dept of Corrections. Loss of wages and Freedom

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☒ No
   2. Did you submit a request for administrative relief on Count II?    ☒ Yes    ☐ No
   3. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes    ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _By their policy this is Not a grievable or appealable issue._

4

## COUNT III

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

☐ Basic necessities       ☐ Mail       ☐ Access to the court       ☐ Medical care
☐ Disciplinary proceedings       ☐ Property       ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer       ☐ Threat to safety       ☐ Other:_____

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.   **Administrative Remedies.**
1.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
2.   Did you submit a request for administrative relief on Count III?  ☐ Yes  ☐ No
3.   Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☐ No
4.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

### E.   REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking the relief of fifteen-Hundred Dollars a day For Everyday I am unlawfully held unjust in this inhumane renvironment with zero cents
$1,500.00

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1-12-2023

DATE                    SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

PRO-PER    Gary Fizer    T786368

(Signature of attorney, if any)

3250 W. Lower Buckeye (LBJ)

(Attorney's address & telephone number)

Phoenix, AZ 85009

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **January 19, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ _____

____ _____

_____    A7879
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009